**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| AARON CUEBAS-QUILES, ) | |
| ID #2037033, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:16-CV-656-N (BH) |
| ) | (consol. with No. 3:16-CV-657-N) |
| WILLIAM STEPHENS, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's motion to proceed *in forma pauperis* is **DENIED**. By separate judgment, this action will be dismissed for failure to prosecute or follow court orders to pay the filing fee.

SIGNED this 16th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE